**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John M. Balint | § | Case No. 14-42987 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frank J. Kokoszka, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604
    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:
   10:30 AM
   on Friday, April 15, 2016
   in Courtroom 240 of the Kane County Courthouse
   100 South Third Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/07/2016          By: /s/ Frank J. Kokoszka
                                                               Chapter 7 Trustee

*Frank J. Kokoszka
122 South Michigan Ave.
Ste 1070
Chicago, IL  60603-6270
312-443-9600
trustee@k-jlaw.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
John M. Balint § Case No. 14-42987
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,527.75 |
| and approved disbursements of | $ | 53.86 |
| leaving a balance on hand of[1] | $ | 7,473.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 1,502.78 | $ 0.00 | $ 1,502.78 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,502.78 |
| Remaining Balance | | $ | 5,971.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,064.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Speedway Llc | $ 222.36 | $ 0.00 | $ 31.56 |
| 2 | Capital Recovery V, Llc | $ 3,295.16 | $ 0.00 | $ 467.75 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 22,776.68 | $ 0.00 | $ 3,233.17 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 10,281.74 | $ 0.00 | $ 1,459.50 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 3,410.17 | $ 0.00 | $ 484.08 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,078.49 | $ 0.00 | $ 295.05 |

Total to be paid to timely general unsecured creditors    $    5,971.11

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frank J. Kokoszka
Chapter 7 Trustee

*Frank J. Kokoszka*
*122 South Michigan Ave.*
*Ste 1070*
*Chicago, IL  60603-6270*
*312-443-9600*
*trustee@k-jlaw.com*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                      Case No. 14-42987-DRC
John M. Balint                                              Chapter 7
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1         User: ahamilton            Page 1 of 2          Date Rcvd: Mar 08, 2016
                             Form ID: pdf006            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2016.
db            +John M. Balint,    2314 Adamsway Drive,    Aurora, IL 60502-9070
22683521       ARS National Services, Inc.,    For Citibank/AT&T Card,    PO Box 463023,
                Escondido, CA 92046-3023
22683520       ARS National Services, Inc.,    For Citibank/AT&T Card,    201 W Grand Ave,
                Escondido, CA 92025-2603
22683522       AT&T Universal Card,    PO Box 6241,   Sioux Falls, SD 57117-6241
22683523       AT&T Universal Card,    Attn: Bankruptcy Department,    PO Box 6500,
                Sioux Falls, SD 57117-6500
22683518       American Education Services,    PO Box 61047,   Harrisburg, PA 17106-1047
22683517       American Education Services,    C/O PHEAA Default Collections,    PO Box 8147,
                Harrisburg, PA 17105-8147
22683519       American Education Services,    For National Collegiate Trust,    PO Box 2461,
                Harrisburg, PA 17105-2461
22683515       Balint John M,    2314 Adamsway Drive,    Aurora, IL 60502-9070
22683524       Bank Of America,    PO Box 5170,   Simi Valley, CA 93062-5170
22683525      #Best Buy Credit Services,    PO Box 688910,   Des Moines, IA 50368-8910
22683526       Best Buy Credit Services,    PO Box 790441,   Saint Louis, MO 63179-0441
22683528       Chase,    PO Box 15123,    Wilmington, DE 19850-5123
22683527       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22683529       Chase,    3900 Westerre Pkwy Ste 301,    Henrico, VA 23233-1339
22683530       Chase Student Loans,    IN1-0103,   PO Box 7013,   Indianapolis, IN 46207-7013
22683531       Citi,    Attn: Bankruptcy Department,    PO Box 6406,   Sioux Falls, SD 57117-6406
22683532       Estate Information Services, LLC Dba EIS,    For Citibank, NA,    PO Box 1730,
                Reynoldsburg, OH 43068-8730
22683533       Exxon Mobil,    Processing Center,    Des Moines, IA 50361-0001
22683534       Exxon Mobil,    PO Box 6404,   Sioux Falls, SD 57117-6404
22683535       Fifth Third Bank Chicago,    PO Box 630778,   Cincinnati, OH 45263-0778
22683536       Great Lakes Educational Loan Services,    PO Box 7860,   Madison, WI 53707-7860
22683516      +Law Office of David J Boersma,    1776A S Naperville Road Suite 103,    Wheaton, IL 60189-5831
22683538       MRU Holdings, Inc,    590 Madison Ave FL 13,    New York, NY 10022-2524
22683539       MRU Originations, Inc.,    1114 Avenue of the Americas 30th FL,    New York, NY 10036-7703
22683540       National Collegiate Trust,    1200 N 7th St,   Harrisburg, PA 17102-1419
22683541       Northwest Community Hospital,    25709 Network Place,   Chicago, IL 60673-1257
22683542       PNC Bank,    PO Box 5570,   Cleveland, OH 44101-0570
22683545       Sears Credit Cards,    PO Box 688957,   Des Moines, IA 50368-8957
22683544       Sears Credit Cards,    PO Box 6282,   Sioux Falls, SD 57117-6282
22683546       Speedway LLC,    Attn: Credit Customer Service,    PO Box 1590,   Springfield, OH 45501-1590
22683548       University Accounting Service, LLC,    PO Box 932,   Brookfield, WI 53008-0932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23116861       E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2016 03:09:28      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22683537       E-mail/Text: camanagement@mtb.com Mar 09 2016 04:05:23      M&T Bank,    PO Box 1288,
                Buffalo, NY 14240
23235657      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2016 03:12:33
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22683543       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2016 03:12:23      Sam's Club/Synchrony Bank,
                PO Box 530942,   Atlanta, GA 30353-0942
22683547       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2016 03:09:22      Synchrony Bank/Sam's Club,
                Attn: Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: ahamilton              Page 2 of 2              Date Rcvd: Mar 08, 2016
                               Form ID: pdf006              Total Noticed: 37
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
              David J Boersma     on behalf of Debtor 1 John M. Balint attorneyboersma@sbcglobal.net
              Frank J Kokoszka    trustee@k-jlaw.com,   fkokoszka@ecf.epiqsystems.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 3
```