# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John M. Balint | § | Case No. 14-42987 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 327,401.83                    Assets Exempt: 35,687.63
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,971.11      Claims Discharged
                                                Without Payment: 628,226.28

Total Expenses of Administration: 1,556.64

---

3) Total gross receipts of $ 7,527.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,527.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 354,531.70 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,556.64 | 1,556.64 | 1,556.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 276,035.73 | 42,064.60 | 42,064.60 | 5,971.11 |
| **TOTAL DISBURSEMENTS** | $ 630,567.43 | $ 43,621.24 | $ 43,621.24 | $ 7,527.75 |

    4)  This case was originally filed under chapter 7 on  11/30/2014 .  The case was pending for 23 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/14/2016          By:/s/Frank J. Kokoszka
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 167.2113 Shares In Manulife Financial Corporation @ $19.90/S | 1129-000 | 2,747.92 |
| Td Ameritrade Penny Stocks Account Ending In 8379.  P.O. Box | 1129-000 | 4,779.83 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,527.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 5170 Simi Valley, CA  93062-5170 | | 113,729.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Chicago PO Box 630778 Cincinnati, OH 45263-0778 | | 6,584.00 | NA | NA | 0.00 |
| | M&T Bank PO Box 1288 Buffalo, NY  14240 | | 192,180.04 | NA | NA | 0.00 |
| | PNC Bank PO Box 5570 Cleveland, OH  44101-0570 | | 42,038.66 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 354,531.70** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,502.78 | 1,502.78 | 1,502.78 |
| Bank of Kansas City | 2600-000 | NA | 53.86 | 53.86 | 53.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,556.64** | **$ 1,556.64** | **$ 1,556.64** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Services C/O PHEAA Default Collections PO Box 8147 Harrisburg, PA  17105-8147 | | 91,620.15 | NA | NA | 0.00 |
| | American Education Services For National Collegiate Trust PO Box 2461 Harrisburg, PA 17105-2461 | | 23,178.00 | NA | NA | 0.00 |
| | American Education Services PO Box 61047 Harrisburg, PA 17106-1047 | | 0.00 | NA | NA | 0.00 |
| | American Education Services PO Box 61047 Harrisburg, PA 17106-1047 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services, Inc. For Citibank/AT&T Card 201 W Grand Ave Escondido, CA 92025-2603 | | 0.00 | NA | NA | 0.00 |
| | ARS National Services, Inc. For Citibank/AT&T Card PO Box 463023 Escondido, CA 92046-3023 | | 0.00 | NA | NA | 0.00 |
| | AT&T Universal Card PO Box 6241 Sioux Falls, SD 57117-6241 | | 0.00 | NA | NA | 0.00 |
| | Best Buy Credit Services PO Box 790441 Saint Louis, MO 63179-0441 | | 0.00 | NA | NA | 0.00 |
| | Chase 3900 Westerre Pkwy Ste 301 Henrico, VA 23233-1339 | | 0.00 | NA | NA | 0.00 |
| | Chase 3900 Westerre Pkwy Ste 301 Henrico, VA 23233-1339 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 920.00 | NA | NA | 0.00 |
| | Chase PO Box 15123 Wilmington, DE 19850-5123 | | 11,443.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE  19850-5298 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE  19850-5298 | | 0.00 | NA | NA | 0.00 |
| | Chase Student Loans IN1-0103 PO Box 7013 Indianapolis, IN  46207-7013 | | 36,312.00 | NA | NA | 0.00 |
| | Chase Student Loans IN1-0103 PO Box 7013 Indianapolis, IN  46207-7013 | | 19,803.05 | NA | NA | 0.00 |
| | Citi Attn:  Bankruptcy Department PO Box 6406 Sioux Falls, SD  57117-6406 | | 0.00 | NA | NA | 0.00 |
| | Estate Information Services, LLC Dba EIS For Citibank, NA PO Box 1730 Reynoldsburg, OH  43068-8730 | | 0.00 | NA | NA | 0.00 |
| | Exxon Mobil PO Box 6404 Sioux Falls, SD  57117-6404 | | 0.00 | NA | NA | 0.00 |
| | Great Lakes Educational Loan Services PO Box 7860 Madison, WI  53707-7860 | | 12,734.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MRU Holdings, Inc 590 Madison Ave FL 13 New York, NY  10022-2524 | | 0.00 | NA | NA | 0.00 |
| | MRU Originations, Inc. 1114 Avenue of the Americas 30th FL New York, NY  10036-7703 | | 0.00 | NA | NA | 0.00 |
| | National Collegiate Trust 1200 N 7th St Harrisburg, PA 17102-1419 | | 0.00 | NA | NA | 0.00 |
| | National Collegiate Trust 1200 N 7th St Harrisburg, PA 17102-1419 | | 0.00 | NA | NA | 0.00 |
| | Northwest Community Hospital 25709 Network Place Chicago, IL  60673-1257 | | 913.13 | NA | NA | 0.00 |
| | Sears Credit Cards PO Box 6282 Sioux Falls, SD  57117-6282 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sam's Club Attn: Bankruptcy Department PO Box 965060 Orlando, FL 32896-5060 | | 3,296.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | University Accounting Service, LLC PO Box 932 Brookfield, WI 53008-0932 |  | 37,380.81 | NA | NA | 0.00 |
| 2 | Capital Recovery V, Llc | 7100-000 | 0.00 | 3,295.16 | 3,295.16 | 467.75 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 22,776.68 | 22,776.68 | 22,776.68 | 3,233.17 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 10,281.00 | 10,281.74 | 10,281.74 | 1,459.50 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,014.93 | 3,410.17 | 3,410.17 | 484.08 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 2,087.02 | 2,078.49 | 2,078.49 | 295.05 |
| 1 | Speedway Llc | 7100-000 | 275.01 | 222.36 | 222.36 | 31.56 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 276,035.73 | $ 42,064.60 | $ 42,064.60 | $ 5,971.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-42987 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka |
|---|---|---|---|---|---|---|
| Case Name: | John M. Balint | | | | Date Filed (f) or Converted (c): | 11/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/23/2014 |
| For Period Ending: | 10/14/2016 | | | | Claims Bar Date: | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 2314 Adamsway Drive, Aurora, Il 60502 Single Family Residen | 330,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Checking Account Ending In 1058. One-Half Value | 310.38 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank Checking Account Ending In 9639. One-Half | 38.01 | 0.00 | | 0.00 | FA |
| 5. Fifth Third Bank Saving Account Ending In 2361. One-Half Va | 103.30 | 0.00 | | 0.00 | FA |
| 6. Pnc Bank Checking Account Ending In 4179. One-Half Value St | 0.46 | 0.00 | | 0.00 | FA |
| 7. Household Goods And Furnishing Including But Not Limited To | 785.00 | 0.00 | | 0.00 | FA |
| 8. Eight (8) Print Paintings, Curio Cabinet Items, Misc Records | 245.00 | 0.00 | | 0.00 | FA |
| 9. Normal And Customary Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 11. Country Life Insurance Company 10 Year Term Life Renewable P | 0.00 | 0.00 | | 0.00 | FA |
| 12. John Hancock Life Insurance Company Whole Life Policy Ending | 2,243.26 | 0.00 | | 0.00 | FA |
| 13. John Hancock Life Insurance Company Whole Life Policy Ending | 1,042.07 | 0.00 | | 0.00 | FA |
| 14. Allianz Life Insurance Company Of North America Fixed Annuit | 1,142.07 | 0.00 | | 0.00 | FA |
| 15. Allianz Life Insurance Company Of North America Fixed Annuit | 1,577.63 | 0.00 | | 0.00 | FA |
| 16. Alcatel-Lucent Pension Plan. Monthly Gross Distribution Of | 0.00 | 0.00 | | 0.00 | FA |
| 17. John Hancock Ira Bond And Money Market Account. Account End | 11,417.93 | 0.00 | | 0.00 | FA |
| 18. 167.2113 Shares In Manulife Financial Corporation @ $19.90/S | 3,327.50 | 3,327.50 | | 2,747.92 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-42987 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka |
|---|---|---|---|---|---|---|
| Case Name: | John M. Balint | | | | Date Filed (f) or Converted (c): | 11/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/23/2014 |
| For Period Ending: | 10/14/2016 | | | | Claims Bar Date: | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Td Ameritrade Penny Stocks Account Ending In 8379.  P.O. Box | 6,532.25 | 4,791.90 | | 4,779.83 | FA |
| 20. 1999 Gmc Suburban 1500 170,000 Miles In Fair Condition. One- | 375.00 | 0.00 | | 0.00 | FA |
| 21. 2011 Hyundai Sonata Limited 4Dr Sedan 4-Cyl With 78,000 Mile | 11,649.00 | 9,116.50 | | 0.00 | FA |
| 22. Two Pet Dogs. One-Half Value Stated As Dogs Are Jointly Owne | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $371,208.86 | $17,235.90 | | $7,527.75 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor voluntarily turned over non-exempt funds in two stock accounts to the Trustee without the need of a Motion for Turnover.
Trustee is in the process of preparing the Trustee's Final Report

Initial Projected Date of Final Report (TFR): 07/30/2015       Current Projected Date of Final Report (TFR): 02/29/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-42987 | Trustee Name: | Frank J. Kokoszka |
| Case Name: | John M. Balint | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0014 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3883 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | ($10.00) |
| 03/16/15 | | John M. Balint<br>2314 ADAMSWAY DRIVE<br>AURORA, IL 60502 | Liquidation of Stock Originally deposited 2/9/15. Deposit was not logged into software. Also posted at bank 2/9/15, however cannot back date deposits in case management software. | | $7,527.75 | | $7,517.75 |
| | | | Gross Receipts  $7,527.75 | | | | |
| | 18 | | 167.2113 Shares In Manulife Financial Corporation @ $19.90/S  $2,747.92 | 1129-000 | | | |
| | 19 | | Td Ameritrade Penny Stocks Account Ending In 8379. P.O. Box  $4,779.83 | 1129-000 | | | |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.17 | $7,506.58 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.79 | $7,495.79 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.14 | $7,484.65 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.76 | $7,473.89 |
| 04/20/16 | 101 | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,502.78 | $5,971.11 |
| 04/20/16 | 102 | Speedway Llc<br>Attn: Credit Customer Service<br>Po Box 1590<br>Springfield, Oh 45501-1590 | Final distribution to claim 1 representing a payment of 14.20 % per court order. | 7100-000 | | $31.56 | $5,939.55 |

Page Subtotals:  $7,527.75  $1,588.20

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-42987 | Trustee Name: | Frank J. Kokoszka |
| Case Name: John M. Balint | Bank Name: | Bank of Kansas City |
| | Account Number/CD#: | XXXXXX0014 |
| | | Checking |
| Taxpayer ID No: XX-XXX3883 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 10/14/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/16 | 103 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 2 representing a payment of 14.20 % per court order. | 7100-000 | | $467.75 | $5,471.80 |
| 04/20/16 | 104 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 14.20 % per court order. | 7100-000 | | $3,233.17 | $2,238.63 |
| 04/20/16 | 105 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 14.20 % per court order. | 7100-000 | | $1,459.50 | $779.13 |
| 04/20/16 | 106 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 14.20 % per court order. | 7100-000 | | $484.08 | $295.05 |
| 04/20/16 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 14.20 % per court order. | 7100-000 | | $295.05 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,527.75 | $7,527.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,527.75 | $7,527.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,527.75 | $7,527.75 |

Page Subtotals:    $0.00    $5,939.55

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0014 - Checking | $7,527.75 | $7,527.75 | $0.00 |
|  | $7,527.75 | $7,527.75 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,527.75 |
| Total Gross Receipts: | $7,527.75 |